




UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re<br><br>Club One Casino, Inc.,<br>Debtor-in-Possession. | Case Number 15-14017-B-11<br><br>DC No. KDG-6<br>DC No. WW-2<br>DC No. WW-3 |
| In re<br><br>Club One Acquisition Corp.,<br>Debtor-in-Possession. | Case Number 15-14021-B-11<br><br>DC No. BBR-1<br>DC No. WW-2<br>DC No. WW-3<br><br>Date: December 22, 2015<br>Time: 3:00 p.m.<br>Place: Dept. B, Courtroom 13<br>Fifth Floor, U.S. Courthouse<br>2500 Tulare Street<br>Fresno, CA |

**ORDER REGARDING SPECIALLY SET HEARING AND ORDERING COMMENCEMENT OF DISCOVERY**

As to the specially set hearing scheduled for December 22, 2015,

IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN that the following matters are now deemed to be contested matters:

1. Motion for Abstention, Dismissal, or Appointment of Chapter 11 Trustee (in case 15-14017, DC No. WW-2; in case 15-14021, DC No. WW-2);

2. Debtor's Motion for Substantive Consolidation (in case 15-14017, DC No. KDG-6; in case 15-14021, DC No. BBR-1);

3. Creditors' Motion for Substantive Consolidation (in case 15-14017, DC No. WWW-3; in case 15-14021, DC No. WWW-3);

Pursuant to Federal Rules of Bankruptcy Procedure 9014(c), the federal rules of discovery apply to contested matters. The parties shall immediately commence formal discovery, meet and confer, and set deposition dates if necessary. A joint status report shall be served and filed by December 18, 2015. The status report shall set forth in detail any stipulations reached by the parties and shall identify the disputed issues of material fact relevant to the contested matters. The status report will also include an agreed-upon briefing schedule and suggested dates for the evidentiary hearing in these matters.[1] In addition to filing with the clerk of the court, a copy of the status report shall also be transmitted under separate cover so it is received by December 18, 2015, addressed as follows:

Chambers of Judge Rene' Lastreto II
United States Bankruptcy Court
2500 Tulare Street, Suite 2501
Fresno, CA 93721-2201

At the hearing the parties should be prepared for the court to set an early evidentiary hearing if the matter is not otherwise resolved.

IT IS FURTHER ORDERED that appearances at the specially set hearing shall be by chief trial counsel.

The parties are urged to confer promptly upon receipt of this order as to stipulations which can be agreed to, including, but not limited to any material facts

---

[1]The court will specially set the evidentiary hearing on a date other than a regular law and motion date.

and the admissibility of evidence. Stipulations shall be reduced to written form, signed by counsel for the parties, and filed with the joint status report. The parties are encouraged to check the court's website (www.caeb.uscourts.gov) December 21, 2015, to determine if there is any pre-hearing disposition or other change relating to the hearing.

Dated: November 25, 2015

Rene' Lastreto II
United States Bankruptcy Judge

**Instructions to Clerk of Court**

**Service List - Not Part of Order/Judgment**

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ____, via the U.S. mail.

Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case), and (X) Other Persons Specified Below:

Hagop T. Bedoyan, Esq.
5260 N Palm Ave #201
Fresno, CA 93704

T. Scott Belden, Esq.
5100 California Avenue, Suite 101
Bakersfield, CA 93309

Riley C. Walter, Esq.
205 E. River Park Circle, Suite 410
Fresno, CA 93720

James Betts, Esq.
907 Santa Fe Ave., Suite 201
Fresno, CA 93721

Debra I. Grassgreen
150 California Street, 15th Floor
San Francisco, CA 94111-4500

Office of the U.S. Trustee
U.S. Courthouse
2500 Tulare Street, Suite 1401
Fresno, CA 93721